1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

8
9
10

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation, | **COMPLAINT FOR:** |
| Plaintiff, | **(1) COPYRIGHT INFRINGEMENT** |
| | **(2) CONTRIBUTORY COPYRIGHT INFRINGEMENT AND INDUCEMENT OF COPYRIGHT INFRINGEMENT** |
| v. | |
| JAMES C. WILLIAMS a/k/a ARCHBOX, an individual, | **(3) CIRCUMVENTION OF TECHNOLOGICAL MEASURES (17 U.S.C. § 1201(a)(1))** |
| Defendant. | **(4) TRAFFICKING IN CIRCUMVENTION DEVICES (17 U.S.C. § 1201(a)(2))** |
| | **(5) TRAFFICKING IN CIRCUMVENTION DEVICES (17 U.S.C. § 1201(b)(1))** |
| | **(6) BREACH OF CONTRACT** |
| | **(7) TORTIOUS INTERFERENCE WITH CONTRACT** |

**Demand For Jury Trial**

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

COMPLAINT

- 1 -

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

**INTRODUCTION**

1. Nintendo of America Inc. ("NOA") – along with its parent, Nintendo Co., Ltd. (collectively referred to herein as "Nintendo") – develops and distributes the Nintendo Switch game console, which is one of the most popular video game consoles of all time. NOA also owns the U.S. copyrights and/or publishes in the United States (*i.e.*, markets and distributes pursuant to exclusive license) award-winning video games that can be played only on the Nintendo Switch console. Many of these games – including titles such as *Mario Kart 8 Deluxe*, *The Legend of Zelda: Tears of the Kingdom*, *Super Mario Odyssey*, and *Animal Crossing: New Horizons* – belong to franchises that are household names and have each sold millions of copies.

2. By this action, NOA seeks to put a stop to, and to obtain redress for, the massive, willful, and brazen infringement of Nintendo's intellectual property rights by Defendant James C. Williams ("Defendant"), an individual who uses the online handle "archbox." Defendant is a self-proclaimed Nintendo "pirate" who has been involved in creating, operating, and promoting (and assisting others to create, operate, and promote) a network of unauthorized online "shops" (nicknamed "freeshops") which offer to the public extensive libraries of pirated Nintendo Switch games for download.

3. Defendant's unauthorized shops, which go by names such as "Jack-in-the-Shop," "Turtle in the Shop," and "LiberaShop" (collectively, the "Pirate Shops") have been among the most insidious drivers of video game piracy over the past few years. Through the Pirate Shops, Defendant has provided, and continues to provide, members of the public a nearly limitless supply of video games, in particular Nintendo Switch games, free for the taking. For example, one of Defendant's Pirate Shops, LiberaShop, currently offers over 33,000 various versions of Nintendo Switch games. Moreover, to ensure that his Pirate Shops continue to offer a steady stream of the latest and most popular Nintendo Switch games, Defendant has engaged in "crowdsourcing" schemes, such as a scheme where he solicits members of the public to "donate" to his online community called "Missing Dumps" pre-paid Nintendo eShop Gift Cards (which he uses to purchase games to then copy and distribute) or copies of pirated Nintendo game files. He

COMPLAINT                                    - 2 -

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

then rewards these contributors with special, enhanced access to the content available in his Pirate Shops.



4.      Defendant not only copies and distributes Nintendo game files; he also knowingly traffics in malicious and unlawful software products that are designed to, and have no purpose other than to, circumvent Nintendo's technological measures that protect against the unauthorized access to and use of Nintendo Switch games and the Nintendo Switch console (the "Circumvention Software").  Because it is not possible to use Defendant's Pirate Shops or to play pirated copies of games on Nintendo Switch without such Circumvention Software, Defendant hosts websites and online "communities" dedicated to offering the Circumvention Software and to providing assistance to others seeking to use such software.  Perhaps most notably, Defendant has been an active and prominent member of the Reddit community r/SwitchPirates – self-described as a "community by pirates, for pirates."  Via the "SwitchPirates" Reddit board, Defendant has touted and advertised his Pirate Shops and offered technical advice and encouragement about how to obtain and play pirated Nintendo Switch games and use the Circumvention Software.  In large part due to Defendant's efforts, the "SwitchPirates" community has grown to more than 190,000 "members," all seeking to engage in and benefit from video game piracy.

5.      Through his conduct, Defendant has engaged in, and is continuing to engage in, several unlawful acts:

(a) First, by operating the Pirate Shops and populating the Pirate Shops with infringing

content, Defendant has engaged in multiple, ongoing acts of copyright

COMPLAINT                                    - 3 -

1

2

infringement, including the unlawful reproduction and distribution of hundreds or

thousands of copyrighted Nintendo game files.

3

(b) <u>Second</u>, by promoting the Pirate Shops, offering pirated Nintendo game files to the

4

public via the Pirate Shops, and promoting and offering Circumvention Software

5

knowing that it would be used to download and play pirated Nintendo games,

6

Defendant has engaged in acts of contributory infringement and has induced others

7

to commit copyright infringement.

8

(c) <u>Third</u>, by using Circumvention Software to make copies of Nintendo Switch games

9

for his Pirate Shops, and by offering Circumvention Software to members of the

10

public via his websites and online communities, Defendant has violated Sections

11

1201(a)(1), (a)(2), and (b) of the Digital Millennium Copyright Act ("DMCA").

12

(d) <u>Fourth</u>, by copying Nintendo game files, installing and using Circumvention

13

Software, and promoting and otherwise encouraging members of the public to

14

likewise install and use Circumvention Software, Defendant has personally violated

15

and induced his customers to violate their agreements with NOA, including, at

16

minimum, the End-User License Agreements that all Nintendo Switch users are

17

required to consent to prior to using their consoles.

18

6.      Defendant is well aware that his conduct is unlawful and infringes Nintendo's

19

intellectual property rights.  Indeed, Defendant has bragged publicly that he is a "pirate" who

20

"[isn't] going to give Nintendo $50 for a game."

21

22

23

24

25

[−] **archbox** jits  3 points 4 hours ago

Except there are a few games and dlc that are no longer available to purchase, and no one ever dumped them. There were months of releases unavailable anywhere and no one was buying and dumping them until hbg made everyone redonate again for drive access and got the thousands of dollars it cost to purchase all the games. There are still unpurchased dlc that no one is going to go out of their way to buy, it's highly unlikely that people who buy it for themselves will share it, assuming they even have a hacked switch. Most of us who hacked our switch are, like you said, pirates and aren't going to give Nintendo $50 for a game (even if we would, a lot are banned and can't). But if I

26

7.      Moreover, Nintendo specifically has informed Defendant that his conduct is

27

unlawful, including by delivering to him a cease-and-desist letter on March 26, 2024.  On March

28

31, 2024, Defendant acknowledged to NOA that his conduct violated NOA's intellectual property

COMPLAINT                                - 4 -

1  rights, but refused to agree in writing to cease his unlawful activities.  Moreover, upon receiving

2  the cease-and-desist letter, Defendant apparently attempted to cover his tracks by systematically

3  destroying the documentary evidence of his misconduct, including but not limited to deleting his

4  Discord social media account as well as his GitHub account:

5

6  

7

8

9

10

11

12

13

14

15

16

17

18  

19

20

21

22

23

24

25

26

27

28

COMPLAINT                                    - 5 -

8.      The harm from Defendant's conduct is substantial and irreparable.  Defendant's piracy products and services not only deprive NOA of revenue from users of the Pirate Shops, but also cause permanent and untold damage to Nintendo's intellectual property as well as the intellectual property of others, including Nintendo's development and publishing partners.  It also causes immense harm to the many artists, game designers, programmers, and others whose livelihoods depend on the sale of authorized Nintendo products.  Once pirated copies of Nintendo game files are made available to the public online, they can be endlessly re-distributed online, thereby exponentially compounding the harm to NOA and to others.  Without the intervention of this Court, Defendant will continue to engage in his illegal conduct and the damage will continue unabated.

## THE PARTIES

9.      Nintendo of America Inc. ("NOA") is a Washington corporation with its principal place of business in Redmond, Washington.  NOA is a wholly owned subsidiary of Nintendo Co., Ltd., a Japanese company headquartered in Kyoto, Japan (collectively, Nintendo of America Inc. and Nintendo Co., Ltd. are referred to herein as "Nintendo").  NOA is the publisher and owner of exclusive rights in the United States of many popular games and game franchises developed by Nintendo and/or its development partners, including the hugely popular *Super Mario, The Legend of Zelda, Mario Kart, Animal Crossing,* and *Metroid* games.

10.     NOA is informed and believes, and based thereon alleges, that Defendant James C. Williams is an individual residing in Surprise, Arizona.  At all relevant times, Defendant has used the online alias "archbox," among others, to undertake the unlawful activities alleged in this Complaint.  As set forth below, Defendant is the operator, overseer, and driving force behind several Pirate Shops, through which Defendant has offered massive libraries of pirated Nintendo Switch games.  Defendant also has offered ongoing encouragement and assistance to actual and potential users of those Pirate Shops, including by promoting the Pirate Shops and their game offerings and by offering and providing assistance with Circumvention Software that is necessary to access the Pirate Shops and play games downloaded from these Pirate Shops.

COMPLAINT                                      - 6 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### JURISDICTION AND VENUE

11.     This is a civil action seeking damages, injunctive relief, and other equitable relief under the anti-circumvention provisions of the DMCA, 17 U.S.C. § 1201 *et seq.*; the United States Copyright Act, 17 U.S.C. § 501; and the laws of the State of Washington.

12.     This Court has subject matter jurisdiction over NOA's claims for copyright infringement, contributory copyright infringement and inducement of infringement, and violation of the anti-circumvention provisions of the DMCA pursuant to 28 U.S.C. §§ 1331 and 1338(a). Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over NOA's state law claims for breach of contract and intentional interference with contractual relations, which are so related to NOA's federal claims as to be part of the same case or controversy.

13.     Defendant is subject to the jurisdiction of this Court because, among other reasons, NOA is informed and believes, and based thereon alleges, that Defendant has consented to the jurisdiction of this Court by agreeing to the "Nintendo Switch Family: User Agreement" (the "EULA") and the Nintendo Account User Agreement (the "Account EULA"); has offered to the public and otherwise trafficked in the Circumvention Software in this District; has provided unauthorized copies of Nintendo game files to residents of this District; and/or has encouraged, instructed, and assisted individuals in this District to engage in acts of copyright infringement and/or violate their agreements with NOA.  In doing so, Defendant has targeted residents of this District and has availed himself of the privilege of conducting business in this District. Defendant also knowingly targeted the State of Washington (the location of NOA's headquarters) because he engaged in the conduct alleged herein knowing that such conduct would cause serious harm to NOA in Washington.  NOA's claims arise out of and relate to Defendant's activities in this District.

14.     Venue is proper in this District pursuant to 28 U.S.C. § 1391, because a substantial part of the events or omissions giving rise to NOA's claims occurred in this District, Defendant consented to venue in this District, and Defendant is an individual who is subject to personal jurisdiction in this District.

COMPLAINT

- 7 -

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

## FACTS APPLICABLE TO ALL CAUSES OF ACTION

### Nintendo, Nintendo Switch, and Nintendo's Video Games

15.     Nintendo is a company and brand famous throughout the United States and the world.  Nintendo is known by consumers of all ages for its video games, its video game consoles, and its video game characters, which include Mario and Luigi, Yoshi, Link, and Donkey Kong.

16.     For decades, Nintendo has been a leading developer and producer of video games and video game consoles.  Among the game consoles developed and produced by Nintendo and distributed by NOA in the United States is the Nintendo Switch console (which includes the original Nintendo Switch, Nintendo Switch OLED version, and Nintendo Switch Lite).  The Nintendo Switch is among the most popular game consoles in the world (and, indeed, of all time), with sales exceeding 140 million units as of May 2024.

17.     Nintendo has developed, and it publishes and distributes, a catalog of video games for the Nintendo Switch and other Nintendo consoles.  NOA owns numerous U.S. copyrights in such games and is the exclusive publisher and distributor of such games in the United States (the "Nintendo Switch Games"), which include many of the most popular video games in the world. A representative sample of the Nintendo Switch Games is identified on Schedule A hereto and is incorporated herein by reference.  NOA has obtained Certificates of Copyright Registration in a number of Nintendo Switch Games, including but not limited to those identified on Schedule A. As an owner of copyrights in the Nintendo Switch Games, NOA possesses the exclusive rights, among other things, to reproduce the Nintendo Switch Games, to distribute copies of the Nintendo Switch Games to the public, and to license these exclusive rights to third parties.

18.     Nintendo has built its company through substantial creative and financial investment in the development of new consoles, video games, products, technological protection measures, and intellectual property, as well as through marketing its consoles, games, and other products.  Nintendo has garnered significant consumer awareness and goodwill through its commitment to developing and delivering innovative, fun, and memorable video game consoles and games.  Each of the Nintendo Switch Games are creative audiovisual works with detailed stories, characters, and elements that are wholly original and protected by the Copyright Act.

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

Nintendo video game consoles and games are enjoyed by tens of millions of consumers in the United States and abroad.

### Nintendo's Efforts to Protect Its Games From Piracy

19.     The popularity of Nintendo's video games and video game consoles has made Nintendo an ongoing target of intellectual property thieves and hackers. These individuals or entities benefit from Nintendo's innovation and investment by making unauthorized copies of Nintendo video games, or by creating and selling and/or distributing the means by which others can copy and distribute unauthorized copies of Nintendo video games or play such copies on a Nintendo console.

20.     Illegal copying, or piracy, of video game software is a serious international problem. Throughout its history, Nintendo has taken many steps and expended significant resources to halt or stem the illegal copying, marketing, sale, and distribution of Nintendo's video games, and to halt the illegal trafficking in software and other technology that allow users to make unauthorized copies of games and/or play such unauthorized copies on Nintendo's video game consoles.

21.     Among the methods used by Nintendo to prevent the use and dissemination of pirated copies of Nintendo Switch games is the development and implementation of sophisticated technological protection measures to protect and control access to its consoles and to its copyrighted video games, including to ensure that only authorized, licensed software products are used on Nintendo Switch consoles. These technological protection measures are incorporated into both Nintendo's video game consoles (the "Console TPMs") and Nintendo video game software products (the "Game TPMs").[1] Nintendo's TPMs include the following:

22.     First, as part of the Console TPMs, during the boot process the Nintendo Switch console performs a series of authentication checks to ensure that the operating system being used by the console is the authentic Nintendo Switch operating system. If a user attempts to load or

---

[1] The Console TPMs and Game TPMs are referred to hereinafter collectively as the "TPMs."

COMPLAINT

- 9 -

launch an unauthorized operating system or "custom firmware" onto a Nintendo Switch, the authentication checks will fail and the console will not operate.

23.      Second, as part of the Game TPMs, both physical and digital versions of Nintendo Switch games are protected by complex sets of encryption and decryption protocols.  A set of proprietary cryptographic keys are required to decrypt and play Nintendo Switch games.  The Game TPMs also include sets of proprietary security protocols that permit the Nintendo Switch console to only interact with either authentic Nintendo Switch cartridges, which are physical cards inserted in a Nintendo Switch console, or legitimate video game files downloaded from the Nintendo eShop.  The Game TPMs, among other things, ensure that only authentic, authorized game files or cartridges can be played on an authentic Nintendo Switch console, and prevent users from playing pirated copies of Nintendo game files.

24.      The Console TPMs and Game TPMs work together to effectively control access to and copying of Nintendo's copyrighted works.  Outside of the normal course of operation, Nintendo Switch games can only be decrypted, accessed, played, and copied through the use of special, unauthorized Circumvention Software designed to circumvent the Game TPMs.  Moreover, this Circumvention Software cannot be used or installed on a Nintendo Switch console without bypassing or circumventing the Console TPMs.  In other words, Nintendo Switch users wishing to play or make unauthorized copies of Nintendo Switch games must bypass and/or circumvent at least two layers of protection, a process that requires circumvention of both Nintendo hardware and software.

25.      In addition to the foregoing, before using the Nintendo Switch, all users must consent at minimum to a Nintendo Switch Family: User Agreement ("EULA").  Users consent to the EULA either by clicking the "accept" button when presented with the EULA on their system, or by using the system.  If a user does not consent to the terms of the EULA, the user will be unable to use the console and may request a refund.

26.      Furthermore, in order to purchase or download digital games and game files from the Nintendo eShop, a user must consent to a Nintendo Account User Agreement ("Account EULA").  Users consent to the Account EULA by checking a box indicating they agree to the

COMPLAINT                                          - 10 -

1   Account EULA and then clicking a "submit" button during account creation. A user cannot

2   access or use the Nintendo eShop without creating a Nintendo Account and agreeing to the

3   Account EULA.

4         27.    Under the EULA, users are granted a limited license to "use the software, content,

5   and data that came with the console, or that is compatible with or authorized for use in connection

6   therewith, including any updates or replacement to that software, content, or data that [Nintendo]

7   or [its] authorized providers make available to you (collectively, the 'Software')." Similarly,

8   under the Account EULA, users are only granted "a non-exclusive, non-transferable license to use

9   the Nintendo Account Services" – which is defined to include Nintendo video games – "solely for

10  … personal and non commercial use."

11        28.    The EULA further states that players "may not publish, copy, modify, reverse

12  engineer, lease, rent, decompile, disassemble, distribute, offer for sale, or create derivative works

13  of any portion of the Software, or bypass, modify, defeat, tamper with, or circumvent any of the

14  functions or protections of the Console, unless otherwise permitted by law." Similarly, under the

15  Account EULA, users "are not allowed to lease, rent, sublicense, publish, copy, modify, adapt,

16  translate, reverse engineer, decompile or disassemble all or any portion of the Nintendo Account

17  Services without Nintendo's written consent, or unless otherwise expressly permitted by

18  applicable law." Users also agree under the EULA that they will not "use the Console in an

19  unlawful manner or to access the consoles, devices, accounts, or data of others (including

20  Nintendo) without their (or [Nintendo's]) consent."

22  **Defendant's Unlawful Activities**

23        29.    NOA is informed and believes, and based thereon alleges, that Defendant is, or at

24  relevant times has been, either directly or indirectly, the owner, operator, creator, administrator,

25  and/or overseer of several online locations or storefronts (defined herein as the "Pirate Shops")

26  that offer to the public libraries of pirated copies of games for the Nintendo Switch console. The

27  Pirate Shops typically offer Nintendo Switch games in the form of unverified ROM files, which

28  are stored on website servers or "cloud storage" services such as Google Drive. Defendant has

COMPLAINT               - 11 -

been involved in every aspect of the Pirate Shops' operations, and, indeed, has been instrumental in the planning, development, functioning, and proliferation of the Pirate Shops.

30.     NOA is informed and believes, and based thereon alleges, that Defendant has been engaged in video game piracy since at least 2019, when he was an important member of the online piracy group responsible for the Pirate Shop known as "Jack-in-the-Shop," or "JITS," and began posting on a Reddit group called "SwitchPirates."  Thereafter, Defendant became a leading (if not the primary) moderator of the SwitchPirates Reddit community, which he helped grow to nearly 190,000 members.  Since 2019, Defendant has posted thousands of comments and messages to the SwitchPirates Reddit Group.  Defendant's posts have included, by way of example, messages directing users to the Pirate Shops; soliciting "donations" of Nintendo eShop Gift Cards for the purchase of games (or even soliciting copies of Nintendo Switch games themselves) to be copied and then distributed on the Pirate Shops; and offering technical advice and encouragement to other users about how to use the Pirate Shops, how to download and install Circumvention Software, and how to play pirated copies of Nintendo Switch games.

> You can also donate eshop cards online: https://missingdumps.org/donate/
>
> Just PM or chat with me and I can make sure you get the tits pro key and stash accesses. Only eShop cards are accepted but you can buy those on Amazon, play Asia, etc. They go towards buying and dumping the new games and DLC coming out.

> Two working private shops are tits bro and nekodrive (stash that can be added to Tinfoil), which requires users to contribute to missingdumps.org (the team that consistently releases all new eShop content) in one of the following ways:
>
> • Send the team any undumped, unavailable games or DLC. This could be a missed preorder-exclusive DLC or a delisted game
> • Contribute a dump of an early cartridge leak, prior to the title being available.

31.     As set forth below, Defendant has engaged in several unlawful activities, including (1) creating and administering several Pirate Shops that offer copies of pirated Nintendo game files to the public; (2) ensuring that Pirate Shops are "stocked" with a massive catalog of Nintendo Switch games, including newly-released and highly sought-after games; and (3) assisting and enabling members of the public to obtain and use Circumvention Software (including by providing such Circumvention Software) to access the Pirate Shops and play the games they have downloaded from the Pirate Shops.

COMPLAINT                                    - 12 -

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1

**The Pirate Shops**

2        32.     NOA is informed and believes, and based thereon alleges, that at least since 2019

3  Defendant has been directly or indirectly involved in managing, operating, overseeing, supplying,

4  and/or maintaining at least four Pirate Shops dedicated to the distribution of pirated copies of the

5  Nintendo Switch Games.  Among these Pirate Shops are the following:

6        a.   **Jits.cc/Jack-in-the-Shop ("JITS")**.  JITS has been described within the

7               SwitchPirates community as "a switch shop focused on distributing as many games

8               as possible to as many people as possible."  In fact, JITS has not only distributed

9               Nintendo Switch games, but also has hosted and distributed Circumvention

10             Software.  Nintendo is informed and believes, and based thereon alleges, that

11             Defendant is an owner, operator and/or administrator of JITS.  Defendant has

12             posted frequently online about JITS's inner workings, including about technical

13             issues with the shop, the status of the shop as it dealt with takedown requests, and

14             the cost of running the shop month to month.  NOA is informed and believes, and

15             based thereon alleges, that JITS was disabled following Defendant's March 26,

16             2024 receipt of NOA's cease-and-desist letter, and currently is inaccessible.

17             However, during the time JITS was functioning, Defendant (or those working for or

18             in concert with Defendant) distributed thousands of pirated copies of the Nintendo

19             Switch Games through this Pirate Shop.

20        b.   **Turtle in the Shop (standard and "pro" versions)**.  According to the

21             SwitchPirates wiki page, Turtle in the Shop "is run by one of jits' admins and is a

22             backup shop available for people when jits is down."  NOA is informed and

23             believes, and based thereon alleges, that Defendant is this so-called "jits admin,"

24             and that Defendant has run (or helped to run) Turtle in the Shop and its "pro"

25             version, about which he has repeatedly posted on Reddit.  Defendant has claimed

26             that in particular, the "pro" shop was created to provide special access to certain

27             users "as an incentive to donate eShop cards to dumping teams" and that

28             "thousands of users" had become members.  NOA is informed and believes, and

COMPLAINT

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1   based thereon alleges, that these Pirate Shops were disabled following Defendant's

2   March 26, 2024 receipt of NOA's cease-and-desist letter, and currently are

3   inaccessible.  However, during the time that these Pirate Shops were functioning,

4   Defendant (or those working for or in concert with Defendant) distributed

5   thousands of pirated copies of the Nintendo Switch Games through these Pirate

6   Shops.

7       c.  **Neko / NekoDrive**.  NOA is informed and believes, and based thereon alleges, that

8           Neko was a third-party piracy source that Defendant merged with "Turtle in the

9           Shop" to create a joint shop (which he referred to as "NekoTitS") under his own

10          control.  NOA also is informed and believes, and based thereon alleges, that

11          Defendant himself created "NekoDrive" in or around early 2023 as a "pro" shop.

12          Like other such "pro" shops, access to NekoDrive required "donations" – such as

13          by transferring eShop currency through a donation link to Missing Dumps – and

14          promised users certain perks across other "partner shops" controlled by Defendant.

15          NOA is informed and believes, and based thereon alleges, that these Pirate Shops

16          were disabled following Defendant's March 26, 2024 receipt of NOA's cease-and-

17          desist letter, and currently is inaccessible.  However, during the time Neko, the joint

18          Neko/Turtle shop, and NekoDrive were functioning, Defendant (or those working

19          for or in concert with Defendant) distributed thousands of pirated copies of the

20          Nintendo Switch Games through these Pirate Shops.

21      d.  **LiberaShop**.  NOA is informed and believes, and based thereon alleges, that yet

22          another shop, LiberaShop, was created by Defendant in or about late 2023 to

23          operate as a "successor" to other Pirate Shops.  NOA is informed and believes, and

24          based thereon alleges, that Defendant has been involved in operating and promoting

25          LiberaShop, including by advertising it on the SwitchPirates Reddit board.

26          LiberaShop ceased updating following Defendant's March 26, 2024 receipt of

27          NOA's cease-and-desist letter, but otherwise remains accessible as of the date of

28          this Complaint.  Defendant (or those working for or in concert with Defendant) is

COMPLAINT                        - 14 -

currently distributing over 33,000 various versions of Nintendo Switch games through this Pirate Shop, including but not limited the Nintendo Switch Games, such as those identified on Schedule A.

33.     In addition to the above-described Pirate Shops, NOA is informed and believes, and based thereon alleges, that Defendant has been directly involved in creating, operating, promoting, and/or maintaining several other Pirate Shops, including the Pirate Shops **Teknik**, **Stealthshop**, and **Pixel Shop**.  Defendant has also, among other things, offered technical assistance to the operators of these Pirate Shops, acted as a moderator in Discord servers dedicated to these Pirate Shops, helped to create a Teknik "pro" shop ("**Teknik Pro**"), and assisted in supplying these Pirate Shops with infringing content, including through his role with Missing Dumps.

34.     Each of the Pirate Shops has made available for download to the public a library of thousands of copies of Nintendo Switch games, including but not limited to each of the Nintendo Switch Games identified on Schedule A.  NOA has never authorized Defendant (or anyone) to distribute any of the Nintendo Switch Games through any of the Pirate Shops.  NOA also is informed and believes, and based thereon alleges, that no third-party publishers have authorized Defendant (or anyone) to distribute any of those publishers' Nintendo Switch games through any of the Pirate Shops.

35.     Throughout all of these activities, Defendant has played a central role in publicizing and promoting the Pirate Shops, ultimately encouraging and facilitating their use by thousands of people.  Nintendo is informed and believes, and based thereon alleges, that since 2019 Defendant has authored more than *3,900* posts to the SwitchPirates Reddit group in which he has promoted or publicized the Pirate Shops, offered information and assistance to members of the public wishing to access and use the Pirate Shops, and solicited monetary or gift card donations to the Pirate Shops.  Defendant did so with knowledge that the content being made available on the Pirate Shops is infringing, and with the intent to foster and increase access to that infringing content.

COMPLAINT

- 15 -

**Sourcing Nintendo Switch Games for the Pirate Shops**

36.      NOA is informed and believes, and based thereon alleges, that many of the pirated copies of Nintendo Switch games made available via the Pirate Shops have been obtained from an online "community" called "Missing Dumps," whose operation Defendant has woven into the Pirate Shops' operation.  At all or most relevant times, Defendant has been the primary representative and only lead member of Missing Dumps.  Defendant has publicly described Missing Dumps as "the team that consistently releases all new eShop content."

37.      NOA is informed and believes, and based thereon alleges, that Defendant oversaw the formation of Missing Dumps in or about 2021. The stated intent of Missing Dumps is the "acquisition of new content which works its way to being available to the entire Switch community."  To accomplish this aim, Defendant created a gift card incentive program, where he solicited and encouraged users to "donate" Nintendo eShop Gift Cards pre-loaded with Nintendo online store credit to the "Missing Dumps" community.  Defendant also solicited users to "donate" pirated copies of Nintendo Switch game files.  As a reward for such donations, Defendant offered donors access to the "pro" tier of the Pirate Shops, which offer exclusive pirated content not available on the "standard" tier.

> - Send the team any undumped, unavailable games or DLC. This could be a missed preorder-exclusive DLC or a delisted game
> - Contribute a dump of an early cartridge leak, prior to the title being available.
>
> Both methods above support the acquisition of new content which works its way to being available to the entire Switch community. It is important to note that these shops have consistently and publicly stated that they do not accept cash or crypto

38.      NOA is informed and believes, and based thereon alleges, that while his gift card donation scheme was in place, Defendant used funds from donated Gift Cards to purchase and download digital copies of Nintendo Switch Games via Nintendo's digital eShop distribution platform.  Defendant then used Circumvention Software, as further described below, to access decryption keys and create copies of the purchased games, which he then makes available for unlimited free download on one or more of the Pirate Shops.  Through this Gift Card donor system, Defendant was able to obtain a large supply of new Nintendo Switch games and content for his Pirate Shops.

COMPLAINT                                              - 16 -

LOWE GRAHAM JONES™

39.     NOA is informed and believes, and based thereon alleges, that Defendant recently replaced his gift card incentive program with a new system where he directly solicits members of the public to "donate" pirated copies of Nintendo Switch game files.  These files then are reviewed by Defendant or those working in concert with him, who subsequently make them available on one or more Pirate Shops.  Using this donation system, Defendant is not required to personally purchase and copy Nintendo Switch games, but instead provides instruction and assistance to potential "donors" as to how to obtain and create pirated copies of Nintendo Switch games.

40.     NOA is informed and believes, and based thereon alleges, that through the foregoing schemes Defendant has acquired and made available for download unlawful copies of hundreds or thousands of copyrighted Nintendo Switch Games.

## Defendant's Use and Trafficking of Circumvention Software

41.     Members of the public cannot access the Pirate Shops or play pirated copies of Nintendo Switch games through an ordinary, authentic Nintendo Switch console.  Instead, users must install on their Nintendo Switch consoles an unauthorized application (known as "Tinfoil") that enables users to connect to the Pirate Shops and directly download Nintendo Switch games to their consoles.

42.     In the normal course of operation, it is not possible to install unauthorized applications such as Tinfoil on a Nintendo Switch console, nor is it possible to use infringing copies of Nintendo Switch games on a Nintendo Switch console.  Thus, to do so a user must bypass or circumvent Nintendo's Console TPMs by modifying (or "hacking") their Nintendo Switch console, and installing a custom operating system that permits users to install and use unauthorized software applications such as Tinfoil and Circumvention Software.  Specifically, in order to play pirated Nintendo Switch games, the user must install Circumvention Software such as Signature Patches (or "Sigpatches") on their modified Nintendo Switch console to bypass or circumvent Nintendo's Game TPMs.

COMPLAINT                                    - 17 -

43.     NOA is informed and believes, and based thereon alleges, that Defendant is, or at relevant times has been, directly or indirectly involved in creating and/or promoting the Circumvention Software, as well as distributing and/or facilitating the distribution and use of Circumvention Software.  For example, via his personal GitHub account, Defendant maintained and developed materials that included the Nintendo Switch-related Circumvention Software (including without limitation Sigpatches and Lockpick).  Defendant also has actively contributed to third-party GitHub repositories that hosted, developed, and distributed Circumvention Software, which Defendant has then helped to promote and distribute, including through the JITS website.





LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

44.     Defendant has used the SwitchPirates Reddit group as a platform to bring this Circumvention Software to the widest possible audience, and to evade Nintendo's efforts to protect its TPMs under the applicable anti-circumvention copyright laws.  For example, following a takedown of a GitHub repository containing Circumvention Software (such as Sigpatches and Lockpick) in July of 2022, Defendant announced on SwitchPirates a new plan to make the software available on foreign "mirror" websites.  Defendant then linked to these mirror websites and encouraged users to visit them to obtain the Circumvention Software:



45.     As the culmination of these activities, NOA is informed and believes, and based thereon alleges, that Defendant also has been involved in creating and operating a website (located at sigmapatches.su), which offers the Circumvention Software, including but not limited to Lockpick and Sigpatches, as well as Nintendo's proprietary cryptographic keys (commonly referred to as prod.keys) for the general public to download:

**NOA's Contacts With Defendant**

46.     On March 26, 2024, NOA caused to be delivered to Defendant a letter demanding that he immediately shut down his Pirate Shops and cease and desist from any further

COMPLAINT                                           - 19 -

LOWE GRAHAM JONES ᴾᴸᴸᶜ

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

involvement with any other Pirate Shops. NOA advised Defendant that if he was unwilling to cooperate, NOA would have no choice but to commence litigation.

47.     In response to NOA's demand, on March 31, 2024, Defendant acknowledged that his conduct violated NOA's rights and stated that he would work with NOA to satisfy its demands. He did not, however, agree to cease his conduct, and in fact denied his involvement with the Pirate Shops in several respects. Moreover, when NOA requested that Defendant confirm in writing that he would comply with NOA's demands, he became combative and uncooperative.

48.     Following his receipt of the cease-and-desist letter, however, numerous of the Pirate Shops became inaccessible – with the notable exception of LiberaShop, which continues to operate as of the date that this Complaint is filed. In addition, the "pro" content available on certain of the Pirate Shops (including Turtle in the Shop) became inaccessible after Defendant received the cease-and-desist letter.

49.     NOA also is informed and believes, and based thereon alleges, that shortly after receiving the cease-and-desist letter, Defendant undertook to delete or otherwise hide evidence relevant to NOA's claims, including his GitHub account and social media posts and communications, despite being put on notice of his duty to preserve evidence through the March 26, 2024 letter.

50.     Eventually, on May 17, 2024, NOA gave Defendant a final opportunity to comply with its demands in order to avoid legal action. At that point, Defendant stated that an attorney would be reaching out to NOA. NOA never received any such outreach, however, and its efforts to contact Defendant's purported counsel were ignored.

## FIRST CLAIM FOR RELIEF

### Copyright Infringement:

### Unauthorized Reproduction and Distribution of Nintendo Switch Games

51.     NOA re-alleges and incorporates by reference the allegations in paragraphs 1 through 50, as if set forth fully herein.

COMPLAINT                                    - 20 -

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

52.     Section 106 of the Copyright Act, 17 U.S.C. § 106, provides, in pertinent part, that the owner of a copyright under the Copyright Act has the exclusive right to reproduce and distribute its audiovisual works.

53.     NOA is the owner or co-owner of valid and registered copyrights in each of the Nintendo Switch Games, including but not limited to those listed in the attached Schedule A.

54.     By making unauthorized copies of Nintendo Switch Games and operating Pirate Shops which host and distribute infringing content, Defendant has infringed, and is continuing to infringe, NOA's copyrights in the Nintendo Switch Games, in violation of NOA's exclusive rights under the Copyright Act, 17 U.S.C. § 101 et seq., in particular NOA's rights of reproduction and distribution.

55.     NOA has never authorized or given consent to Defendant to use its copyrighted works in the manner complained of herein.

56.     Defendant's acts of infringement are willful, in disregard of, and with indifference to NOA's rights.

57.     As a direct and proximate result of the infringements alleged herein, NOA is entitled to damages and to Defendant's profits in amounts to be proven at trial, which are not currently ascertainable.  Alternatively, NOA is entitled to maximum statutory damages of $150,000 for each copyright infringed, or in such other amount as may be proper under 17 U.S.C. § 504(c).

58.     NOA further is entitled to its attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

59.     As a result of Defendant's acts and conduct, NOA has sustained and will continue to sustain substantial, immediate, and irreparable injury for which there is no adequate remedy at law.  NOA is informed and believes, and based thereon alleges, that unless enjoined and restrained by this Court, Defendant will continue to infringe NOA's rights in the Nintendo Switch Games.  NOA is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendant's continuing infringing conduct.

COMPLAINT                                    - 21 -

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

**SECOND CLAIM FOR RELIEF**

**Contributory Copyright Infringement and Inducement of Copyright Infringement**

60.     NOA re-alleges and incorporates by reference the allegations in paragraphs 1 through 50, as if set forth fully herein.

61.     NOA is the owner of valid and registered copyrights in each of the Nintendo Switch Games, including those listed in the attached Schedule A.

62.     NOA is informed and believes, and based thereon alleges, that users of the Pirate Shops have downloaded (*i.e.*, copied) from the Pirate Shops digital files embodying the Nintendo Switch Games.  Each such reproduction constitutes a violation of 17 U.S.C. § 501(a) for which NOA is entitled to damages under 17 U.S.C. § 504 and injunctive relief under § 502.

63.     Defendant has actual or constructive knowledge of his users' direct infringement and has materially contributed to each of their acts of infringement, including because he has operated, maintained, curated, provided access to, and obtained inventory for the Pirate Shops, and provided technical and other support to members of the public to assist them in obtaining and downloading content from the Pirate Shops.  Additionally, Defendant has induced that infringement because Defendant has engaged in purposeful conduct that has encouraged and been intended to encourage those users to make infringing copies of Nintendo Switch Games.  As such, Defendant is secondarily liable for each act of infringement (unauthorized reproduction) performed by users of Defendant's products and services.

64.     Defendant's acts are willful, intentional, purposeful, and in disregard of and indifferent to the rights of NOA.

65.     As a direct and proximate result of Defendant's violations of 17 U.S.C. § 501(a), NOA is entitled to the maximum statutory damages, pursuant to 17 U.S.C. § 504(c)(2), in the amount of $150,000 with respect to each copyrighted work, or such other amounts as may be proper under 17 U.S.C. § 504(c).  In the alternative, pursuant to 17 U.S.C. § 504(b), NOA is entitled to its actual damages, as well as to Defendant's profits from these violations, in amounts to be proven at trial.

COMPLAINT
- 22 -

66.     NOA is entitled to its full costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 505.

67.     Defendant's conduct is causing and, unless enjoined by this Court, will continue to cause NOA great and irreparable injury for which there is no adequate remedy at law.  Pursuant to 17 U.S.C. § 502, NOA is entitled to permanent injunctive relief prohibiting Defendant from engaging in further acts of contributing to or inducing others to reproduce NOA's protected works.

## THIRD CLAIM FOR RELIEF

**Circumvention of Technological Measures in Violation of 17 U.S.C. § 1201(a)(1)**

68.     NOA incorporates the factual allegations in Paragraphs 1 through 50 as if fully set forth herein.

69.     Section 1201(a)(1)(A) of the DMCA, 17 U.S.C. § 1201(a)(1)(A), prohibits the circumvention of a technological measure that effectively controls access to a work protected by the Copyright Act.

70.     Nintendo's TPMs each are effective and control access to works protected by the Copyright Act.

71.     NOA is informed and believes, and based thereon alleges, that after purchasing and downloading Nintendo Switch Games via Nintendo's eShop platform, Defendant used Circumvention Software to access, decrypt, and copy (or "dump") Nintendo Switch Games to a computer hard drive.  He then made copies of the games available to the public on one or more of the Pirate Shops.  In doing so, Defendant engaged in acts of circumvention prohibited by Section 1201(a)(1) of the DMCA.

72.     Each act of circumvention constitutes a violation of 17 U.S.C. § 1201 for which NOA is entitled to damages under 17 U.S.C. § 1203(c), and injunctive relief under § 1203(b)(1).

73.     Defendant's acts are willful, intentional, purposeful, and in disregard of and indifferent to the rights of NOA.

COMPLAINT                                          - 23 -

74.     As a direct and proximate result of Defendant's violations of 17 U.S.C. § 1201, NOA is entitled to the maximum statutory damages, pursuant to 17 U.S.C. § 1203(c)(3)(A), in the amount of $2,500 with respect to each act of circumvention, or such other amounts as may be proper under 17 U.S.C. § 1203(c).  In the alternative, pursuant to 17 U.S.C. § 1203(c)(2), NOA is entitled to its actual damages, as well as to Defendant's profits from these violations, in amounts to be proven at trial.

75.     NOA is entitled to its costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 1203(b).

76.     Defendant's conduct has caused and, unless enjoined by this Court, will continue to cause NOA great and irreparable injury for which there is no adequate remedy at law. Pursuant to 17 U.S.C. § 1203(b)(1), NOA is entitled to permanent injunctive relief prohibiting Defendant and his agents from engaging in further acts of offering to the public, providing, or otherwise trafficking in Circumvention Software.


**FOURTH CLAIM FOR RELIEF**

**Trafficking in Circumvention Devices in Violation of 17 U.S.C. § 1201(a)(2)**

77.     NOA incorporates the factual allegations in Paragraphs 1 through 50 as if fully set forth herein.

78.     Section 1201(a)(2) of the DMCA, 17 U.S.C. § 1201(a)(2), prohibits trafficking in technology primarily designed to circumvent technological protection measures that effectively control access to copyrighted works.  The statute provides, in pertinent part, that "[n]o person shall manufacture, import, offer to the public, provide, or otherwise traffic in any technology, product, service, device, component, or part thereof, that –

(A) is primarily designed or produced for the purpose of circumventing a technological measure that effectively controls access to a work protected under [the Copyright Act];

COMPLAINT                                           - 24 -

1    (B) has only limited commercially significant purpose or use other than to circumvent a

2    technological measure that effectively controls access to a work protected under [the

3    Copyright Act]; or

4    (C) is marketed by that person or another acting in concert with that person with that

5    person's knowledge for use in circumventing a technological measure that effectively

6    controls access to a work protected under [the Copyright Act]."

7        79.    Nintendo's TPMs effectively control access to works protected by the Copyright

8    Act, including, but not limited to, the Nintendo Switch firmware and operating system and the

9    Nintendo Switch Games in which Nintendo owns or exclusively controls copyrights.

10       80.    The Circumvention Software that Defendant has created, distributed, promoted,

11   and facilitated access to is primarily designed to circumvent effective technological protection

12   measures and has only limited commercially significant purposes or uses other than to circumvent

13   Nintendo's access control technology.

14       81.    Defendant knows that the Circumvention Software is designed, implemented, and

15   used to circumvent and bypass Nintendo's access control technology.

16       82.    Defendant's acts are willful, intentional, purposeful, and in disregard of and

17   indifferent to the rights of NOA.

18       83.    As a direct and proximate result of Defendant's violations of 17 U.S.C. § 1201,

19   NOA is entitled to the maximum statutory damages, pursuant to 17 U.S.C. § 1203(c)(3)(A), in the

20   amount of $2,500 with respect to each act of offering to the public, provision, or otherwise

21   trafficking in circumvention technology, or such other amounts as may be proper under 17 U.S.C.

22   § 1203(c).  In the alternative, pursuant to 17 U.S.C. § 1203(c)(2), NOA is entitled to its actual

23   damages, as well as to Defendant's profits from these violations, in amounts to be proven at trial.

24       84.    NOA is entitled to its costs, including reasonable attorneys' fees, pursuant to 17

25   U.S.C. § 1203(b).

26       85.    Defendant's conduct has caused and, unless enjoined by this Court, will continue

27   to cause Nintendo great and irreparable injury for which there is no adequate remedy at law.

28   Pursuant to 17 U.S.C. § 1203(b)(1), NOA is entitled to permanent injunctive relief prohibiting

COMPLAINT                                    - 25 -

Defendant and its members and agents from engaging in further acts of offering to the public, providing, or otherwise trafficking in Circumvention Software.

### FIFTH CLAIM FOR RELIEF

**Trafficking in Circumvention Devices in Violation of 17 U.S.C. § 1201(b)(1)**

86.     NOA incorporates the factual allegations in Paragraphs 1 through 50 as if fully set forth herein.

87.     Section 1201(b)(1) of the DMCA, 17 U.S.C. § 1201(b)(1), prohibits trafficking in devices that are primarily designed to circumvent technological protection measures that protect against the violation of rights protected under the Copyright Act.  The statute provides, in pertinent part, that "[n]o person shall manufacture, import, offer to the public, provide, or otherwise traffic in any technology, product, service, device, component, or part thereof, that—

   (A) is primarily designed or produced for the purpose of circumventing protection afforded by a technological measure that effectively protects a right of a copyright owner under [the Copyright Act] in a work or a portion thereof;

   (B) has only limited commercially significant purpose or use other than to circumvent protection afforded by a technological measure that effectively protects a right of a copyright owner under [the Copyright Act] in a work or a portion thereof; or

   (C) is marketed by that person or another acting in concert with that person with that person's knowledge for use in circumventing protection afforded by a technological measure that effectively protects a right of a copyright owner under [the Copyright Act] in a work or a portion thereof."

88.     The TPMs effectively protect NOA's rights as copyright owner in the Nintendo Switch Games.  Specifically, the TPMs, in the ordinary course of their operation, prevent, restrict, or otherwise limit the ability of a member of the public to reproduce, distribute, and play the copyrighted video games without Nintendo's authorization.

COMPLAINT                                   - 26 -

89.     The Circumvention Software that Defendant has created, distributed, promoted, and facilitated access to is primarily designed to circumvent an effective technological measure and has only limited commercially significant purpose or use other than to circumvent technology that protects NOA's rights in its copyrighted video games.

90.     Defendant knows that the Circumvention Software is designed, implemented, and used to circumvent and bypass technology that prevents the copying and distribution of Nintendo Switch Games.

91.     Defendant's acts are willful, intentional, purposeful, and in disregard of and indifferent to the rights of NOA.

92.     As a direct and proximate result of Defendant's violations of 17 U.S.C. § 1201, NOA is entitled to the maximum statutory damages, pursuant to 17 U.S.C. § 1203(c)(3)(A), in the amount of $2,500 with respect to each act of offering to the public, provision, or otherwise trafficking in circumvention technology, or such other amounts as may be proper under 17 U.S.C. § 1203(c).  In the alternative, pursuant to 17 U.S.C. § 1203(c)(2), NOA is entitled to its actual damages, as well as to Defendant's profits from these violations, in amounts to be proven at trial.

93.     NOA is entitled to its costs, including reasonable attorneys' fees, pursuant to 17 U.S.C. § 1203(b).

94.     Defendant's conduct has caused and, unless enjoined by this Court, will continue to cause Nintendo great and irreparable injury for which there is no adequate remedy at law. Pursuant to 17 U.S.C. § 1203(b)(1), NOA is entitled to permanent injunctive relief prohibiting Defendant and its members and agents from engaging in further acts of offering to the public, providing, or otherwise trafficking in Circumvention Software.


## SIXTH CLAIM FOR RELIEF

### Breach of Contract

95.     NOA re-alleges and incorporates by reference the allegations in paragraphs 1 through 50, as if set forth fully herein.

COMPLAINT                                  - 27 -

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

96.     Use of the Nintendo Switch console is governed by the EULA, which provides to users a limited license to use the Nintendo Switch console to, *inter alia*, play Nintendo Switch Games.  The EULA is a valid and enforceable contract.

97.     All users of the Nintendo Switch console are required to consent to the EULA, and NOA is informed and believes, and based thereon alleges, that Defendant consented to the EULA by using a Nintendo Switch console.

98.     The use of the Nintendo eShop, including eShop Gift Cards, also requires purchasers and users of its software and games to agree to the Account EULA.  The Account EULA similarly provides users a limited license to use Nintendo's Services, which is defined to include Nintendo's video games.  Nintendo has records demonstrating that the Defendant accepted the terms of the Account EULA.

99.     Both agreements provide that games are licensed to users, not sold.  The EULA restricts players from, *inter alia*, publishing, copying, modifying, reverse engineering, decompiling, disassembling, distributing, offering for sale, or creating derivative works of any portion of Nintendo's software, as well as bypassing, modifying, defeating, tampering with, or circumventing any of the functions or protections of the console (including without limitation any TPMs), unless otherwise permitted by law.  And, the Account EULA similarly restricts users, *inter alia*, from leasing, renting, sublicensing, publishing, copying, modifying, adapting, translating, reverse engineering, decompiling, or disassembling any portion of the Nintendo services or games.  Furthermore, players agree under the EULA that they will not "use the Console in an unlawful manner or to access the consoles, devices, accounts, or data of others (including Nintendo) without their (or [Nintendo's]) consent."

100.    By undertaking the above-described conduct, Defendant breached the terms of both the EULA and the Account EULA.

101.    As a direct and proximate result of Defendant's breach of the EULA and the Account EULA, NOA has suffered damages in an amount to be proven at trial.

COMPLAINT                                    - 28 -

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1

### SEVENTH CLAIM FOR RELIEF

2

### Tortious Interference With Contract

3       102.    NOA re-alleges and incorporates by reference the allegations in paragraphs 1

4   through 50, as if set forth fully herein.

5       103.    As described herein, each individual who purchases and uses a Nintendo Switch

6   console agrees to be bound by the EULA.  The EULA is a valid and enforceable contract.

7       104.    Each time a Nintendo Switch owner utilizes Circumvention Software or

8   downloads a ROM from the Pirate Shops, they violate the terms of the EULA.  NOA is informed

9   and believes, and based thereon alleges, that hundreds, if not thousands, of such breaches have

10  taken place by Defendant's customers.

11      105.    NOA is informed and believes, and based thereon alleges, that Defendant is aware

12  of both the existence and specific relevant terms of the EULA.  Specifically, Defendant is aware

13  that the EULA prohibits players from using Circumvention Software and that players are at risk

14  of having their accounts and consoles banned should they be caught using the Circumvention

15  Software.  Nevertheless, Defendant has intentionally encouraged and induced Nintendo Switch

16  users to utilize Circumvention Software in order to (i) install Tinfoil so that they may access the

17  Pirate Shops and download unauthorized ROMs embodying Nintendo Switch Games, and (ii)

18  play the unauthorized ROMs, knowing that such is a breach of these customers' contracts with

19  NOA.

20      106.    By inducing NOA's users to breach their contracts with NOA, Defendant has

21  intentionally interfered, and continues to interfere, with the contracts between NOA and its users.

22      107.    As a direct and proximate result of Defendant's actions, NOA has suffered

23  damages in an amount to be proven at trial, including but not limited to decreased profits and a

24  loss of profits from users whose accounts NOA has terminated for violation of the EULA.

25      108.    Defendant's intentional interference with the contracts between NOA and its

26  licensed users entitles NOA to injunctive relief and compensatory damages, and other available

27  relief.

28

COMPLAINT                                    - 29 -

LOWE GRAHAM JONES ᴘʟʟᴄ

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

109.   Defendant is guilty of oppression, fraud, or malice, and NOA, in addition to its actual damages, by reason thereof, is entitled to recover exemplary and punitive damages against Defendant.

## PRAYER FOR RELIEF

WHEREFORE, NOA prays that this Court enter judgment in its favor on each and every claim for relief set forth above and award it relief, including but not limited to an order:

1.   Requiring Defendant to shut down the Pirate Shops and any social media accounts (including without limitation any Instagram, X, Reddit, and TikTok accounts), communications platforms (including without limitation any Discord servers or Telegram accounts), e-commerce websites, and any other platforms or vehicles used by Defendant to distribute infringing copies of the Nintendo Switch Games, the Circumvention Software, or any other circumvention technology;

2.   Preliminarily and permanently enjoining Defendant, his officers, employees, agents, subsidiaries, representatives, distributors, dealers, members, affiliates, and all persons acting in concert or participation with Defendant from: (i) any further distribution of the Circumvention Software, or any other circumvention technology; (ii) any further unauthorized distribution of Nintendo video games, including but not limited to the Nintendo Switch Games, (iii) any further breaches of the EULA; and/or (iv) any further conduct that induces or encourages members of the public to breach the EULA;

3.   Awarding NOA actual or maximum statutory damages for violation of Section 1201 of the DMCA, as appropriate, pursuant to 17 U.S.C. § 1203(c).

4.   Awarding NOA actual or maximum statutory damages for violation of Section 501 of the Copyright Act, as appropriate, pursuant to 17 U.S.C. § 504.

5.   Awarding NOA its full costs and attorneys' fees in this action pursuant to 17 U.S.C. § 1203(b), 17 U.S.C. § 505, and other applicable laws.

6.   Awarding NOA damages against Defendant on NOA's causes of action for breach of contract and tortious interference with contract.

LOWE GRAHAM JONES ᴾᴸᴸᶜ
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

7.      Awarding NOA exemplary and punitive damages against Defendant on NOA's cause of action for tortious interference with contract.

8.      Awarding NOA restitution of Defendant's unlawful proceeds, including an accounting of any and all revenue in connection with the Pirate Shops, Circumvention Software, and/or any other products or services that violate any of NOA's rights described herein.

9.      Imposing a constructive trust over the proceeds unjustly obtained by Defendant in connection with the Pirate Shops, Circumvention Software, and/or any other products or services that violate any of NOA's rights described herein.

10.     Awarding such other and further relief as this Court may deem just and appropriate.

## JURY DEMAND

NOA demands a trial by jury on all issues so triable.

DATED: June 28, 2024

LOWE GRAHAM JONES PLLC

By: _____

Mark P. Walters
LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
walters@lowegrahamjones.com
Tel: 206-381-3300

Marc E. Mayer (*pro hac vice* pending)
Mark C. Humphrey (*pro hac vice* pending)
MITCHELL SILBERBERG & KNUPP LLP
2049 Century Park East, 18th Floor
Los Angeles, CA 90067
Tel.   (310) 312-2000
Email: marc.mayer@msk.com
        mxh@msk.com

Attorneys for Plaintiff Nintendo of America Inc.

COMPLAINT

- 31 -

**SCHEDULE A**
**Representative Copyrighted Works Infringed by Defendant**

| Title of Work | Registration No. |
|---|---|
| Advance Wars 1+2: Re-Boot Camp | PA0002428124 |
| ANIMAL CROSSING: NEW HORIZONS | PA0002233840 |
| ARMS | PA0002038228 |
| Big Brain Academy: Brain vs. Brain | PA0002336269 |
| CAPTAIN TOAD: TREASURE TRACKER | PA0002138114 / PA0001932025 |
| DONKEY KONG COUNTRY: TROPICAL FREEZE | PA0002128734 / PA0001920486 |
| Game Builder Garage | PA0002312185 |
| Luigi's Mansion 3 | PA0002213908 |
| Mario Kart 8 Deluxe | PA0002051900 / PA0001906587 |
| Mario Party Superstars | PA0002336296 |
| Mario Strikers: Battle League | PA0002360933 |
| Metroid Dread | PA0002322591 |
| NEW SUPER MARIO BROS.U DELUXE | PA0002179319 / PA0001869403 / PA0001834365 |
| Nintendo Switch Sports | PA0002347458 |
| Pikmin 4 | PA0002428121 |
| Princess Peach: Showtime! | PA0002461527 |
| Splatoon 2 | PA0002047788 |
| Splatoon 3 | PA0002369709 |
| SUPER MARIO 3D WORLD + BOWSER'S FURY | PA0002290935 |
| Super Mario Bros. Wonder | PA0002435940 |
| Super Mario Maker 2 | PA0002213509 |
| Super Mario Odyssey | PA0002062889 |
| Super Mario Party | PA0002140681 |
| Super Smash Bros. Ultimate | PA0002151614 |
| The Legend of Zelda: Breath of the Wild | PA0002028142 |
| THE LEGEND OF ZELDA: LINK'S AWAKENING | PA0002212311 |
| The Legend of Zelda: Tears of the Kingdom | PA0002411256 |
| WarioWare: Get It Together! | PA0002331222 |
| WarioWare: Move: It! | PA0002444515 |
| Yoshi's Crafted World | PA0002197776 |