AO 121 (Rev. 06/16)

| TO:<br><br>**Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000** | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☐ ACTION ☐ APPEAL<br>DOCKET NO. | DATE FILED | COURT NAME AND LOCATION |
|---|---|---|

| PLAINTIFF | DEFENDANT |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes   ☐ No | DATE RENDERED |
|---|---|---|

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

## SCHEDULE A
### Representative Copyrighted Works Infringed by Defendant

| Title of Work | Registration No. |
| --- | --- |
| Advance Wars 1+2: Re-Boot Camp | PA0002428124 |
| ANIMAL CROSSING: NEW HORIZONS | PA0002233840 |
| ARMS | PA0002038228 |
| Big Brain Academy: Brain vs. Brain | PA0002336269 |
| CAPTAIN TOAD: TREASURE TRACKER | PA0002138114 / PA0001932025 |
| DONKEY KONG COUNTRY: TROPICAL FREEZE | PA0002128734 / PA0001920486 |
| Game Builder Garage | PA0002312185 |
| Luigi's Mansion 3 | PA0002213908 |
| Mario Kart 8 Deluxe | PA0002051900 / PA0001906587 |
| Mario Party Superstars | PA0002336296 |
| Mario Strikers: Battle League | PA0002360933 |
| Metroid Dread | PA0002322591 |
| NEW SUPER MARIO BROS.U DELUXE | PA0002179319 / PA0001869403 / PA0001834365 |
| Nintendo Switch Sports | PA0002347458 |
| Pikmin 4 | PA0002428121 |
| Princess Peach: Showtime! | PA0002461527 |
| Splatoon 2 | PA0002047788 |
| Splatoon 3 | PA0002369709 |
| SUPER MARIO 3D WORLD + BOWSER'S FURY | PA0002290935 |
| Super Mario Bros. Wonder | PA0002435940 |
| Super Mario Maker 2 | PA0002213509 |
| Super Mario Odyssey | PA0002062889 |
| Super Mario Party | PA0002140681 |
| Super Smash Bros. Ultimate | PA0002151614 |
| The Legend of Zelda: Breath of the Wild | PA0002028142 |
| THE LEGEND OF ZELDA: LINK'S AWAKENING | PA0002212311 |
| The Legend of Zelda: Tears of the Kingdom | PA0002411256 |
| WarioWare: Get It Together! | PA0002331222 |
| WarioWare: Move: It! | PA0002444515 |
| Yoshi's Crafted World | PA0002197776 |