UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>JAMES C. WILLIAMS a/k/a ARCHBOX, an individual,<br><br>    Defendant. | Case No. 24-00960<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF** |

Pursuant to Federal Rule of Civil Procedure 7.1 and LCR 7.1, Plaintiff Nintendo of America Inc. ("NOA") hereby provides the following corporate disclosures:  NOA is a wholly-owned subsidiary of its parent corporation Nintendo Co., Ltd. ("NCL.")  NCL's stock is publicly traded in Japan.  There is no other publicly held corporation that owns 10% or more of Nintendo's stock.

Dated:  June 28, 2023

s/Mark P. Walters
Mark P. Walters (Bar No. 30819)
LOWE GRAHAM JONES
1325 Fourth Avenue, Suite 1130
Seattle, WA 98101
Telephone: +1 206 381 3300
Fax: +1 206 381 3301

**NINTENDO'S CORPORATE DISCLOSURE STATEMENT**                                            1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

| | |
|---|---|
| 1 | |
| 2 | Email: walters@lowegrahamjones.com |
| 3 | Marc E. Mayer (*pro hac vice*) |
|   | Mark C. Humphrey (*pro hac vice*) |
|   | MITCHELL SILBERBERG & KNUPP LLP |
|   | 2049 Century Park East, 18th Floor |
|   | Los Angeles, CA 90067 |
|   | Tel.    (310) 312-3154 |
|   | Email: marc.mayer@msk.com |
|   | mxh@msk.com |
|   | |
|   | *Attorneys for Defendants* |
|   | NINTENDO OF AMERICA INC. |

**NINTENDO'S CORPORATE DISCLOSURE STATEMENT**     2

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301