AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   2:24-CV-00960-LK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for  **James C. Williams a/k.a ARCHBOX**
was recieved by me on  **8/12/2024:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Jane Doe**, a person of suitable age and discretion who resides at **17557 West Villa Chula Lane, Surprise, AZ 85387**, on **08/13/2024 at 5:24 PM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 180.00** for services, for a total of **$ 180.00**.

I declare under penalty of perjury that this information is true.

Date:   08/13/2024

_____
*Server's signature*

**George Elkins**
*Printed name and title*

**1320 South Joshua Avenue
Parker, AZ 85344**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents to an individual who refused to give their name who identified themselves as the co-resident. The individual accepted service with direct delivery. The individual appeared to be a brown-haired black female contact 25-35 years of age, 5'6"-5'8" tall and weighing 140-160 lbs.  Sooke to a very helpful female resident who confirmed identity and residency of defendant. She stated she was planning to move out soon but confirmed living with him. Subject and female ordered DoorDash and I followed the delivery up to the door and spoke with female resident. She indicated she would accept documents and give them to defendant. She was quite helpful and cooperative.**




Tracking #: **0140363800**