THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>      Plaintiff,<br><br>v.<br><br>JAMES C. WILLIAMS a//k/a ARCHBOX, an individual,<br><br>      Defendant. | No. 24-00960<br><br>**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT**<br><br>Note on Motion Calendar:<br>October 18, 2024 |

  Plaintiff Nintendo of America Inc. ("Plaintiff") respectfully requests that the Clerk enter default against James C. Williams a/k/a Archbox ("Defendant") in accordance with Federal Rule of Civil Procedure 55(a).

  Federal Rule of Civil Procedure 55(a) provides that "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

  Defendant was duly served on August 13, 2024, and has not answered or otherwise responded to the complaint. *See* Declaration of Counsel in Support of Request for Entry of Default.

  WHEREFORE, Plaintiff's requests that the Clerk immediately enter an Entry of Default holding Defendant in default pursuant to Fed. R. Civ. P. 55(a).

///

PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT - 1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Suite 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1    DATED this 18th day of October 2024.

                                        LOWE GRAHAM JONES PLLC


                                        By: */s/ Mark P. Walters*
                                        Mark P. Walters, WSBA No. 30819
                                        walters@lowegrahamjones.com
                                        1325 Fourth Avenue, Suite 1130
                                        Seattle, WA  98101
                                        Telephone: (206) 381-3300