THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. WILLIAMS a//k/a ARCHBOX, an individual,<br><br>Defendant. | No. 24-CV-01490<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT** |

This matter is before the Court on Plaintiffs' Request for Clerk to Enter Default against Defendant James C. Williams a/k/a Archbox ("Defendant"). In the presence of evidence showing that Defendant was duly served, and no answer or other pleading has been filed by said Defendant as required by law; upon request of the Plaintiff, default is hereby entered against Defendant pursuant to Fed. R. Civ. Pro. 55(a).

DATED this ____ day of October 2024.

_____
Clerk of the Court

Presented by:

/s/ Mark P. Walters
Mark P. Walters
Lowe Graham Jones PLLC
1325 Fourth Avenue, Suite 1130
Seattle WA 98101
Telephone: 206.381.3300 / E-Mail: walters@lowegrahamjones.com

[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST FOR DEFAULT   1