THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. WILLIAMS a/k/a ARCHBOX, an individual,<br><br>Defendant. | CASE NO. 2:24-CV-00960-LK<br><br>**DECLARATION OF IVAN AVILA CAMPILLO IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF REGARDING REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

I, IVAN AVILA CAMPILLO, declare as follows:

1. I am employed by Plaintiff Nintendo of America Inc. ("Nintendo") as Manager, Product Lifecycle Management. I have worked for Nintendo in this or other positions since 09/13/2008, and through these positions am familiar with Nintendo's processes for maintaining customer information and accounts. From the course of my duties and responsibilities at Nintendo, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. As part of my role at Nintendo, I have assisted in efforts to investigate violations of Nintendo's rights taking place online through so-called "freeshops," which offer pirated copies of copyrighted games for Nintendo's popular Switch platform via the Internet (hereinafter the

DECL. OF IVAN AVILA CAMPILLO
Case No.2:24-CV-00960-LK                    1

LOWE GRAHAM JONES
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F. 206.381.3301

20281850.2

1  "Infringing Shops"). In particular, I have assisted with efforts to identify an individual known online as "archbox" in connection with the Infringing Shops, including through undertaking and supervising searches of Nintendo's internal systems and customer account data.

3. I am aware that in or about February of 2024, Nintendo succeeded at tentatively identifying "archbox" as an individual named James Williams believed to live in the Phoenix, Arizona area, as well as likely email addresses being used by Mr. Williams, including the email addresses james.williams.az@gmail.com or jameswilliamsaz@gmail.com. I further understand that based on public records, a tentative address for Mr. Williams was identified of 17557 W Villa Chula Lane, Surprise, AZ 85387 (the "Surprise Address"). My group at Nintendo subsequently undertook activities to determine whether based on such information, one or more Nintendo accounts for such an individual could be located in Nintendo's customer account records. We tied the above information to at least two Nintendo accounts and records. The information also confirmed that multiple repair orders were submitted using the Surprise Address and gmail.com accounts.

4. Recently, I participated in efforts to determine if additional information could be located in Nintendo's business records that supported Mr. Williams' residence at the Surprise Address. These efforts confirmed that repair orders for James Williams had been filled out using the address of 17557 W Villa Chula Ln, Surprise, Arizona, 85387, including a repair shipped to that address on or about March 25, 2024. Another, from 2023, included the Surprise Address and the e-mail address "james.williams.az@gmail.com." Attached hereto as **Exhibit 1** are true and correct copies of excerpts from Nintendo business records reflecting this information (partially redacting the phone numbers listed).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on November 7, 2024, at Redmond, Washington.

Ivan Avila Campillo

**DECL. OF IVAN AVILA CAMPILLO**
**Case No.2:24-CV-00960-LK**                                   2

LOWE GRAHAM JONES
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

20281850.2

# EXHIBIT 1





