THE HONORABLE LAUREN KING

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. WILLIAMS a/k/a ARCHBOX, an individual,<br><br>Defendant. | CASE NO. 2:24-CV-00960-LK<br><br>**DECLARATION OF JAMES D. BERKLEY IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF REGARDING REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

I, James D. Berkley, declare as follows:

1. I am an attorney-at-law, duly licensed to practice law in the State of California. I am Special Counsel at the law firm of Mitchell Silberberg & Knupp LLP ("MSK"), attorneys of record for Plaintiff Nintendo of America Inc. ("Nintendo"). I make this Declaration in support of Nintendo's Request for Default against Defendant James C. Williams a/k/a Archbox ("Defendant"). I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. MSK was retained by Nintendo in 2023 to assist with efforts to investigate and enforce its rights against individuals involved in the online distribution of games for the Nintendo "Switch" platform via what are known as "freeshops." Freeshops are infringing online repositories of Nintendo games that can be accessed and downloaded by members of the public, in

DECLARATION OF JAMES D. BERKLEY
Case No.2:24-CV-00960-LK

1

LOWE GRAHAM JONES ᴾᴸᴸᶜ
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

20270275.2

violation of Nintendo's rights under the Copyright Act and the express terms of Nintendo's End User License Agreement. As addressed in the Complaint in this action, popular Freeshops have included (among others) those known as "Turtle-in-the-Shop," "Jack-in-the-Shop," and "Libera Shop," each of which has been managed (in whole or in part) or has been otherwise affiliated with and/or promoted by an individual using the online pseudonym "archbox."

3. As part of my role as counsel for Nintendo, I have been involved in investigating and confirming the identity, address, and location of "archbox." Based on comprehensive investigation, including analysis of this individual's online accounts and social media posts, it was concluded prior to 2024 that "archbox" resided in the Phoenix, Arizona area and had attended Midwestern University (which I understand has a campus in Glendale, Arizona) in or around 2012. For example, on or about May 6, 2015, the same "archbox" account posting to the "SwitchPirates" community on Reddit (using the same avatar of a turtle) posted to a community named "/r/phoenix" to state that "Midwestern University has an optometry clinic that is very good. You get examined by a student and then by the doctor…." A true and correct copy of that post, preserved by me from the website Reddit.com, is attached hereto as **Exhibit 1**.

4. As set forth in the accompanying Declaration of Ivan Avila Campillo, in or about February 2024, Nintendo was able to identify "archbox" as James Williams of Surprise, Arizona, and confirmed the existence of Nintendo account records connected with Mr. Williams. Determined to be associated with Williams were an address at 17557 W Villa Chula Lane, Surprise, Arizona 85387 (the "Surprise Address"), and an email address at james.williams.az@gmail.com.

5. On March 26, 2024, I caused to be sent a cease and desist letter to Defendant on behalf of Nintendo (the "March 26, 2024 C&D Letter"). The letter, which listed the Surprise Address in its heading, was sent by e-mail to addresses including james.williams.az@gmail.com and also via FedEx Priority Overnight shipping, with direct signature required for delivery. The copy sent by FedEx was addressed to James C. Williams at the Surprise Address.

6. On March 27, 2024, members of the MSK office working under my direction obtained a FedEx Proof of Delivery document for the March 26, 2024 C&D Letter, indicating that

20270275.2

DECLARATION OF JAMES D. BERKLEY
Case No.2:24-CV-00960-LK

2

LOWE GRAHAM JONES℠

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101

it was delivered on that date to the Surprise Address. The Proof of Delivery further indicates that the letter was signed for by "J.WILLIAMS," and includes a copy of the recipient's signature. A true and correct copy of this FedEx Proof of Delivery, which includes other details of the mailing, is attached hereto as **Exhibit 2**. .

7.     On March 31, 2024, I received a response email (sent to my MSK email account at jdb@msk.com) from Mr. Williams, sent from the email address j.ames.c.williams.us@gmail.com. A true and correct copy of this email is attached hereto as **Exhibit 3.**  The email stated that it included an "attached response confirming receipt and cooperation with [Nintendo's] March 26th, 2024 letter."  In this response, Mr. Williams claimed (but with caveats) that he would "comply and cooperate with any demands or requests . . . within [his] control."

8.     Between April 4, 2024 and May 10, 2024, I engaged in an extensive email exchange with Williams in follow-up to his March 31, 2024 email concerning the activities alleged in the later-filed Complaint.  However, Mr. Williams ultimately would not agree to cooperate or comply with Nintendo's demands.

9.     As set forth in the Declaration of Ivan Avila Campillo, I further understand that Defendant has filled out Nintendo repair requests using the Surprise Address, including a request also associated with the email address "james.williams.az@gmail.com" (an address to which the March 26, 2024 C&D Letter was sent).  I also understand that the most recent of these requests involved a shipment made to the Surprise Address on or about March 25, 2024.

10.    On October 24, 2024, following the Court's Order requesting supplemental briefing, I performed a search for a James C. Williams in Arizona on the website fastpeoplesearch.com, which returned a public records profile. A true and correct copy of relevant pages from this profile, printed by me from the URL https://www.fastpeoplesearch.com/james-williams_id_G8039573108915007176, is attached to this declaration as **Exhibit 4**, with certain phone number information partially redacted.  This profile indicated that James C. Williams, aged 33, resided at 17557 W Villa Chula Lane, Surprise, AZ 85387.

11.    At my direction, on November 6, 2024, an MSK research librarian ran and provided to me results from a public record search on Westlaw for James C. Williams.  I

20270275.2

DECLARATION OF JAMES D. BERKLEY
Case No.2:24-CV-00960-LK

3

Lowe Graham Jones
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101

1  understand that the use selected for this search was "for use in connection with a civil, criminal, or
2  arbitral legal proceeding or legal research." The search returned a report titled "People Finder –
3  Historic Tracker Record," which stated that through September 30, 2024, the last known address
4  of James C. Williams, born in 1991, was 17557 W Villa Chula Ln, Surprise, AZ 85387-4003. A
5  true and correct copy of this report, partially redacting birth date information and a listed phone
6  number, is attached hereto as **Exhibit 5**.

7      I declare under penalty of perjury under the laws of the United States of America that the
8  foregoing is true and correct to the best of my knowledge, information, and belief.

9      Executed on November 7, 2024, at Los Angeles, California.

                                                              _____
                                                               James D. Berkley

# EXHIBIT 1

 archbox • 8 yr. ago

Midwestern University has an optometry clinic that is very good. You get examined by a student and then by the doctor it's almost like buy one get one free! and great prices all around. My contacts ended up being free after the rebate card that they gave me came in.

 4   Reply   Share

**EXHIBIT 2**



March 27, 2024

Dear Customer,

The following is the proof-of-delivery for tracking number: 272664013436

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Residence |
| **Signed for by:** | J.WILLIAMS | **Delivery Location:** | 17557 W VILLA CHULA LN |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Residential Delivery; Direct Signature Required | | SURPRISE, AZ, 85387 |
| | | **Delivery date:** | Mar 27, 2024 10:33 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 272664013436 | **Ship Date:** | Mar 26, 2024 |
| | | **Weight:** | 0.5 LB/0.23 KG |

**Recipient:**
James C. Williams,
17557 W VILLA CHULA LN
SURPRISE, AZ, US, 85387

**Shipper:**
J. BERKLEY, Mitchell Silberberg & Knupp LLP
2049 Century Park East
18th Floor
Los Angeles, CA, US, 90067

**Reference**          51135-00012-00360



Thank you for choosing FedEx

# EXHIBIT 3

# Berkley, James

| | |
|---|---|
| **From:** | James Williams <j.ames.c.williams.us@gmail.com> |
| **Sent:** | Sunday, March 31, 2024 9:47 PM |
| **To:** | Berkley, James |
| **Subject:** | [EXTERNAL] Letter to James Williams regarding the Intellectual Property Rights of Nintendo of America Inc. |
| **Attachments:** | JamesWilliams(Signed).pdf |

Mr. Berkley,

Please see the attached response confirming receipt and cooperation with your March 26th, 2024 letter. I remain at your disposal for any further information that can assist with the protection of your client's rights.

Thank you,

James Williams

1

# EXHIBIT 4

Case 2:24-cv-00960-LK   Document 17   Filed 11/07/24   Page 12 of 17



Search / People / W / Williams / James Williams / AZ / Surprise

# James Williams
# in Surprise, AZ (Arizona)

Age 33

**VIEW FULL BACKGROUND REPORT »**

☰ Profile

🏠 **Current Address** (Since October 2022)

**17557 W Villa Chula Ln
Surprise AZ 85387**

Maricopa County

3 Beds | 2.5 Bath | 1,581 SqFt. | Built in 2020

| Estimated Value | Estimated Equity | Last Sale Amount | Last Sale Date |
|---|---|---|---|
| $395,000 | $395,000 | $257,707 | 2020-11-11 |



**Streamline Property Owner Info Search and List Building**
Search over 157 Million MLS and Public Record Properties. **PropertyReach 7 Day FREE Trial!**

👤 **Full Name:**
**James C Williams**

📇 **Full Background Report** (Sponsored)

- Current & Past Contact Info
- Social Media & Photos
- Properties & Assets
- Public Records

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use     **I AGREE**

Case 2:24-cv-00960-LK    Document 17    Filed 11/07/24    Page 13 of 17

- Criminal Records
- Court Records
- State & County Records
- Bankruptcies, Judgements, Liens

**VIEW FULL BACKGROUND REPORT**

📱 **Phone Numbers**
for **James Williams** in **Surprise, AZ**

**(623)** ▮▮▮▮▮▮▮
Landline
Bandwidth.com CLEC LLC - AZ
First reported November 2013

**(623)** ▮▮▮▮
Wireless
Cellco Partnership dba Verizon Wireless - AZ
First reported November 2011

**(623)** ▮▮▮▮
Wireless
MetroPCS Inc
First reported August 2013

**(623)** ▮▮▮▮
Landline
Qwest Corporation
First reported December 2010

| James Williams | Surprise, AZ | Age 33 | VIEW DETAILS → |

Sponsored By TruthFinder.com

| James Williams | Surprise, AZ | Age 33 | VIEW DETAILS → |

Sponsored By Spokeo.com

| James Williams | Surprise, AZ | Age 47 | VIEW DETAILS → |

Sponsored By BeenVerified.com

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

Sponsored By InstantCheckMate.com

| James Williams | Surprise, AZ | Age 33 | VIEW DETAILS → |

Sponsored By PeopleFinders.com

@ **Email Addresses**
for **James Williams** in **Surprise, AZ**

jameswilliamsaz@gmail.com
arizonasix@yahoo.com
arizona6@cox.net
fxxjames@gmail.com

**Also Known As**

James Williams
James Christopher Willliams

Sponsored Link

**Current Address Property Details**

**17557 W Villa Chula Ln
Surprise AZ 85387**
Maricopa County

Bedrooms
**3**

Bathrooms
**2.5**

Square Feet
**1,581**

Year Built
**2020**

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

$257,707

2020-11-11

Occupancy Type
**Non-Owner Occupied**

Ownership Type
**Corporate**

Land Use

Property Class

## NEED MORE DATA IN REAL-TIME?
We offer two Developer API Options

### e endato

Get access to our partner **Endato's Fast Developer API** for Contact Enrichment, Sales and Marketing Intelligence.

**TRY OUR API**

Name Directory:

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

Phone Directory: 1 2 3 4 5 6 7 8 9

About Us | FREE People Search | FREE Reverse Phone Lookup | FREE Address Lookup | FastPeopleSearch API

© Copyright 2024. All Right Reserved. FastPeopleSearch.com

Terms | Privacy | Contact

FastPeopleSearch.com is not a Consumer Reporting Agency (CRA) as defined by the Fair Credit Reporting Act (FCRA). This site can't be used for employment, credit or tenant screening, or any related purpose.

By continuing to use this site, you accept our use of cookies, Privacy Policy, and our Terms of Use

# EXHIBIT 5

# People Finder - Historic Tracker Record

## Source Information

| | |
|---|---|
| **Information Current Through:** | 09/30/2024 |
| **Database Last Updated:** | 10/04/2024 |
| **Update Frequency:** | MONTHLY |
| **Current Date:** | 11/06/2024 |
| **Source:** | TRANS UNION |

## Last Known Address Information

| | |
|---|---|
| **Current Address:** | 17557 W VILLA CHULA LN<br>SURPRISE, AZ<br>85387-4003 |
| **Phone Number 1:** | 623- |
| **Address First Reported:** | 11/15/2023 |

## Individual Information

| | |
|---|---|
| **Name:** | WILLIAMS, JAMES C |
| **Also Known As:** | WILLIAMS, JAMES<br>WILLIAMS, JAMES M |
| **Date of Birth:** | 1991 |
| **On File Since:** | 04/18/2016 |

## Other Address Information

| | |
|---|---|
| **Previous Address:** | 3805 E IRONWOOD DR<br>PHOENIX, AZ<br>85044-8218 |
| **Address First Reported:** | 05/31/2021 |
| **Previous Address:** | 7616 S 26TH WA<br>PHOENIX, AZ<br>85042-7042 |
| **Address First Reported:** | 04/18/2016 |
| **Previous Address:** | 6161 W MCDOWELL RD 2144<br>PHOENIX, AZ<br>85035-4896 |
| **Address First Reported:** | 04/18/2016 |

Thomson Reuters Legal is not a consumer reporting agency and none of its services or the data contained therein constitute a 'consumer report' as such term is defined in the Federal Fair Credit Reporting Act (FCRA), 15 U.S.C. sec. 1681 et seq. The data provided to you may not be used as a factor in consumer debt collection decisioning, establishing a consumer's eligibility for credit, insurance, employment, government benefits, or housing, or for any other purpose authorized under the FCRA. By accessing one of our services, you agree not to use the service or data for any purpose authorized under the FCRA or in relation to taking an adverse action relating to a consumer application.

**End of Document**

© 2024 Thomson Reuters. No claim to original U.S. Government Works.