UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>     Plaintiff,<br><br> v.<br><br>JAMES C. WILLIAMS a/k/a ARCHBOX, an individual,<br><br>     Defendant. | NO. 2:24-CV-00960-LK<br><br>**ENTRY OF DEFAULT** |

  Pursuant to Plaintiff Nintendo of America Inc.'s Request for Clerk's Entry of Default and Supplemental Brief, as well as the Declarations of Mark P. Walters, Ivan Avila Campillo, James D. Berkley, and the exhibits attached thereto, the Clerk hereby enters DEFAULT in this matter against Defendant James C. Williams a/k/a Archbox on the ground that Defendant has failed to plead or otherwise defend within the time prescribed by the Federal Rules of Civil Procedure.

  DATED this 8th day of November, 2024.

                  RAVI SUBRAMANIAN,
                  Clerk of Court

                  /s/ *Natalie Wood*
                  Deputy Clerk

ENTRY OF DEFAULT - 1