THE HONORABLE LAUREN KING

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. WILLIAMS a/k/a ARCHBOX, an individual,<br><br>Defendant. | CASE NO. 2:24-CV-00960-LK<br><br>**[PROPOSED] ORDER GRANTING NINTENDO OF AMERICA INC.'S *EX PARTE* MOTION FOR LEAVE TO TAKE LIMITED EARLY DISCOVERY** |

This matter is before the Court on Plaintiff Nintendo of America Inc.'s *Ex Parte* Motion for Leave to Take Limited Early Discovery (Dkt. __).

The Court, having considered Plaintiff's Motion and supporting declaration and being fully apprised on the matter, hereby ORDERS as follows:

1. Plaintiff's Motion is GRANTED;

2. Plaintiff is granted leave to seek limited discovery from the following third parties in connection with (1) the parameters of a default judgment to be requested against Defendant, and (2) whether unnamed parties should be added in an amended complaint:

    a) Namecheap, Inc.

    b) Tucows, Inc.

    c) GoDaddy, LLC

[PROPOSED] ORDER GRANTING *EX PARTE* MOTION FOR EARLY DISCOVERY
Case No.2:24-CV-00960-LK — 1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

20309204.1

1          d) Cloudflare, Inc.

2          e) GitHub, Inc.

3          f) Discord, Inc.

4          g) Google LLC

5          h) Reddit, Inc.

6  SO ORDERED this ____ day of _____ 2024.

7

                              HONORABLE. LAUREN KING
8                                UNITED STATES DISTRICT JUDGE

9

10 Presented by:
/s/ Mark P. Walters Mark P. Walters
11 Lowe Graham Jones PLLC 1325
Fourth Avenue, Suite 1130
12 Seattle WA 98101
Telephone: 206.381.3300 / E-Mail: walters@lowegrahamjones.com
13

14

...

28

[PROPOSED] ORDER GRANTING *EX PARTE* MOTION FOR EARLY DISCOVERY      2
Case No.2:24-CV-00960-LK

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

20309204.1