UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>    Plaintiff,<br><br> v.<br><br>JAMES C. WILLIAMS a/k/a ARCHBOX, an individual,<br><br>    Defendant. | Case No.: 24-cv-00960-LK<br><br>NOTICE OF LIMITED APPEARANCE OF WILLIAM R. BURNSIDE ON BEHALF OF DEFENDANT JAMES C. WILLIAMS |

TO:   The Clerk of the Court;

AND TO:  All Counsel of Record.

  PLEASE TAKE NOTICE that William R. Burnside of Bailey Duquette P.C. hereby enters his limited appearance in this matter as counsel to Defendant James C. Williams ("Defendant"), for the limited purpose of responding to Plaintiff Nintendo of America Inc.'s ("Plaintiff") third-party subpoena to Google LLC in relation to Plaintiff's motion, Dkts. 19, and the Court's order, Dkt. 21. For avoidance of doubt, this limited appearance should not be construed as an appearance for all purposes related to the above-entitled action

  All future notices and pleadings directed to Defendant and within the limits of this notice

NOTICE OF LIMITED APPEARANCE OF WILLIAM R. BURNSIDE ON BEHALF OF DEFENDANT JAMES C. WILLIAMS - 1

of appearance should be served upon him at the address of counsel below.

Dated this 17th day of January, 2025

**BAILEY DUQUETTE P.C.**

By */s/ William R. Burnside*
William R. Burnside, WSBA #36002
800 Fifth Ave, Suite 101-800
Seattle, Washington 98104
Phone: 206.353.8021
Facsimile: 888.233.5869
Email: will@baileyduquette.com

*Attorney for Defendant James C. Williams*

NOTICE OF LIMITED APPEARANCE OF WILLIAM R. BURNSIDE ON BEHALF OF DEFENDANT JAMES C. WILLIAMS - 2

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the parties of record.

Dated this January 17, 2025 at Seattle, Washington.

>                       */s/ William R. Burnside*
>                       William R. Burnside