THE HONORABLE LAUREN KING

1

2

3

4

5

6

7

8

9

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

10

NINTENDO OF AMERICA INC., a
Washington Corporation,

                Plaintiff,

        v.

JAMES C. WILLIAMS a/k/a ARCHBOX, an
individual,

                Defendant.

CASE NO. 2:24-CV-00960-LK

**DECLARATION OF NINTENDO OF
AMERICA INC. IN SUPPORT OF
MOTION FOR ENTRY OF DEFAULT
JUDGMENT**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF NINTENDO OF
AMERICA INC.
Case No.2:24-CV-00960-LK

1

LOWE GRAHAM JONES ᴾᴸᴸᶜ

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

**DECLARATION**

I, Tanner Lauerman, declare as follows:

1.      I am employed by Plaintiff Nintendo of America Inc. ("Nintendo") as Assistant Program Manager.  I have worked for Nintendo in this or other positions since October of 2021, and through these positions am familiar with the facts in this matter, and of the investigation conducted in connection therewith by Nintendo and its counsel Mitchell Silberberg & Knupp LLP ("MSK"). Through the course of my duties and responsibilities at Nintendo, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify competently thereto.

2.      As part of my role at Nintendo, I have assisted in efforts to investigate violations of Nintendo's rights taking place through so-called "freeshops," which offer via the Internet  pirated copies of copyrighted games for Nintendo's popular Switch platform (hereinafter the "Pirate Shops").  Among other things, this has included investigation into the facts of this matter and confirming the availability on the Pirate Shops of Nintendo's copyrighted games published and marketed for the Switch platform, including the games identified in Schedule A to the Complaint (hereinafter the "Nintendo Switch Games").

**Social Media Involving the Pirate Shops and "Archbox"**

3.      In the course of its investigation, Nintendo became aware of various communities or "servers" created on the social media platform Discord dedicated to promoting and facilitating use of the Pirate Shops.  These communities frequently were identified as having tens of thousands of members.  Attached hereto as **Exhibit 24** are true and correct copies of screenshots obtained by me documenting certain of these Discord servers, stating their membership statistics.

4.      In or around November 2023, after certain of the Pirate Shops no longer operated, Nintendo became aware of a new shop, "LiberaShop," which was actively promoted by the individual known as "archbox."

5.      Attached hereto as **Exhibit 25** are true and correct copies of portions of a web page appearing on the website Reddit.com, titled "Introducing LiberaShop, a new Tinfoil shop," which

DECLARATION OF NINTENDO OF
AMERICA INC.
Case No.2:24-CV-00960-LK

2

LOWE GRAHAM JONES ᴘʟʟᴄ

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

1    I accessed and caused to be captured on or about November 22, 2023 from the URL

2    https://www.reddit.com/r/SwitchPirates/comments/1812vtv/introducing_libera_a_new_tinfoil_sho

3    p/.

4        6.      Attached hereto as **Exhibit 26** are true and correct copies of postings made by

5    "archbox" on the Discord social media platform concerning LiberaShop, which I reviewed and

6    which were preserved by Nintendo in the regular course of business.

7        7.      Attached hereto as **Exhibit 27** is a true and correct copy of an account profile for

8    "archbox" on another Discord server, which I reviewed and which was preserved by Nintendo in

9    the regular course of business. As the time of preservation, the screenname of this account

10   appeared as "libera tienda Tinfoil 2024."  I understand "tienda" to be a Spanish word meaning

11   "shop."

12                 **Availability of Nintendo Switch Games on the Pirate Shops**

13       8.      As part of my duties in this matter, I confirmed that materials offered via the Pirate

14   Shops included actual copies of Nintendo Switch Games that could be downloaded and installed

15   on a Nintendo Switch device using Tinfoil and other methods necessary to circumvent Nintendo's

16   various technological protection measures ("TPMs"), as described in this matter's Complaint.

17       9.      As part of this process, I confirmed that pirated digital copies of all thirty Nintendo

18   Switch Games listed on Schedule A to the Complaint were available on one or more of the Pirate

19   Shops associated with Defendant Williams, including but not limited to LiberaShop.  Across the

20   Pirate Shops, more than 10,000 copies of software game files were being offered.

21       10.     As an example, attached hereto as **Exhibit 28** is a true and correct photograph of a

22   screen viewable by a user of Tinfoil when using that application in connection with the Pirate

23   Shop "Turtle in the Shop Pro," from which I was able to successfully download and install the

24   copyrighted software for the Nintendo Switch Game *Legend of Zelda: Tears of the Kingdom.*

25   Additionally, attached hereto as **Exhibit 29** is a true and correct copy of a welcome page shown

26   after connecting to that Pirate Shop.

27

28

DECLARATION OF NINTENDO OF
AMERICA INC.                    3
Case No.2:24-CV-00960-LK

LOWE GRAHAM JONES PLLC

1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

11.     Attached hereto as **Exhibit 30** is a true and correct photograph of a screen viewable by a user of Tinfoil when using that application in connection with the Pirate Shop LiberaShop, from which I was able to successful download and install the copyrighted software for the Nintendo Switch Game *Animal Crossing: New Horizons*

12.     Attached hereto as **Exhibit 31** is a true and correct copy of a page generated when running a search for the word "mario" on the website of the Pirate Shop "JITS," which I accessed and caused to be captured on or about May 1, 2023.  This page reflects the availability through JITS of three different *Mario* game titles listed on Schedule A to the Complaint.

13.     Attached hereto as **Exhibit 32** is a true and correct copy of a page generated when running a search for the word "Zelda" on a Google Drive folder for the Pirate Shop "Nekodrive," which I accessed and caused to be captured between November 1 and November 7, 2023.  This page reflects the availability through Nekodrive of two of the three different *Zelda* game titles listed on Schedule A to the Complaint.

14.     Attached hereto as **Exhibit 33** is a true and correct excerpt from a partial list of files obtained from Google Drive for the Pirate Shop "Nekodrive," which I caused to be downloaded on or about May 4, 2023.  As shown, this list alone identified at least 14 of the Nintendo Switch Games listed on Exhibit A to the Complaint.

15.     Prior to the filing of the Complaint in this matter, Nintendo confirmed that for each of the Nintendo Switch Games identified in Schedule A, one or more unauthorized digital copies of that game was at that time being offered for download, or had recently been offered for download, through LiberaShop.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 2, 2025, at REDMOND , Washington.


_____
Tanner Lauerman

DECLARATION OF NINTENDO OF
AMERICA INC.
Case No.2:24-CV-00960-LK

4

LOWE GRAHAM JONES ᴾᴸᴸᶜ

# EXHIBIT 24







# EXHIBIT 25





# EXHIBIT 26



**Libera Shop**

Libera Shop

🐸 community   🏠 homebrew   👍 helpful   🪙 shop

─────────────────────── February 22, 2024 ─────────────────────── NEW

**teknik** 💬 02/22/2024 6:24 AM
shop info: https://t.me/liberashop

New Release log: https://t.me/liberashopchangelog (edited)

> Telegram
>
> **LiberaShop**
>
> This is THE ONLY official channel of LiberaShop. Our welcome
> message in Tinfoil has a link which leads here. Changelog:
> https://chat.liberashop.rs/changelog Community:
> https://chat.liberashop.rs/community Owner: @liberashopdotrs

❤️ 19                                                🔔 Follow    🔗

**archbox** 02/22/2024 10:28 AM
🥇

**archbox** 02/22/2024 7:24 PM
Liberashop has all of the saves and firmware files that were hosted on Ecchi's, plus newly uploaded ones, please feel free to share
your savegames using the link in the Telegram.
Also has homebrew NSZs, retroroms, every demo and base title with no delay + every update immediately. There are quite a few
DLCs missing though, please vising the Telegrams and check if you have or are able to get any.
There is also custom metadata added to the index so that you can search for games in tinfoil by pushing + from the home screen
and entering the titleid (makes searching for JP titles possible) and pushing Y on any title will show a list of languages that the
game supports. This also no longer makes your metadata dependent on the tinfoil domains being up, so you will still have game
icons etc. even if the tinfoil site is down or if your ISP/government blocks it (like in Spain and Italy). Note that this makes the index
quite large so it is not recommended to launch Tinfoil with any other large shop enabled due to Switch performance issues.

─────────────────────── February 25, 2024 ───────────────────────

**archbox** 02/25/2024 9:14 AM
In addition to serving updated titledb info to all users, LiberaShop will also provide an NSZ of the latest Tinfoil version if your Tinfoil
is outdated. This is especially useful for anyone in Spain or Italy due to the main Tinfoil website being blocked. It is also a backup
source for whenever Tinfoil's site is down or if you are an applet NRO user since updating a running tinfoil NRO isn't possible. You
may have to install the NSZ through the File Browser tab (the only time you will use this tab with a shop).



# EXHIBIT 27



# EXHIBIT 28



# EXHIBIT 29

turtle in the shop ~ pro
Thank you for donating towards the missing dumps
effort. Please let staff know if you paid actual cash for
your access key, as opposed to contributing a dumpr
or eshop code towards missingdumps.org. You can
reach us at discord.io/turtleshop or using the link on
our website: https://titz.cf
You can request missing content online at
https://missingdumps.org/donate
Sign into missing dumps with your jits account to track
any donation history!

CANCEL                         OK

# EXHIBIT 30



# EXHIBIT 31



# EXHIBIT 32



# EXHIBIT 33

| Folder Name | Folder Path | File name | Download Link | File Size | Created At |
|---|---|---|---|---|---|
| base | Nekodrive sync > nsz > base | Nintendo Switch Sports [0100D2F00D5C0000][v0].nsz | https://drive.google.com/uc?id=12r0H2uWMR2zw4kJkjYOQSn1CkI8SSWMk&export=download | 1.4 GB | May 6, 2022 at 10:38:21 PM |
| base | Nekodrive sync > nsz > base | Big Brain Academy Brain vs Brain [0100620012D6E000][v0].nsz | https://drive.google.com/uc?id=1LGfcH_zGzAKJAba-8vtsaSzX1s82GlPr&export=download | 503.09 MB | May 6, 2022 at 8:34:23 PM |
| base | Nekodrive sync > nsz > base | Metroid Dread [010093801237C000][v0].nsz | https://drive.google.com/uc?id=1Mjb-WVkd865GFxbpTTY0jaeU2jKF-OJd&export=download | 3.13 GB | May 6, 2022 at 10:35:04 PM |
| base | Nekodrive sync > nsz > base | WarioWare Get It Together! [0100563010E0C000][v0].nsz | https://drive.google.com/uc?id=14hYm27VXEI-46XnXZ2QIzyDyhqo2mF8c&export=download | 1.26 GB | May 6, 2022 at 11:01:44 PM |
| base | Nekodrive sync > nsz > base | Game Builder Garage [0100FA5010788000][v0].nsz | https://drive.google.com/uc?id=1kBDy3QwiLUxEnFTc47xpsDKYc98X7Y0U&export=download | 665.05 MB | May 6, 2022 at 10:25:06 PM |
| base | Nekodrive sync > nsz > base | Super Mario 3D World + Bowser's Fury [010028600EBDA000][v0].nsz | https://drive.google.com/uc?id=1c5q2hHdd2kXjMHIqwLFp1cQMUfv6MMA-&export=download | 2.07 GB | May 6, 2022 at 10:52:33 PM |
| base | Nekodrive sync > nsz > base | Splatoon 2 [0100F8F0000A2000][v0].nsz | https://drive.google.com/uc?id=1X_uLhBJPbkSSFtgRxvpwL2QB5elUQNbl&export=download | 2.31 GB | May 6, 2022 at 10:51:02 PM |
| base | Nekodrive sync > nsz > base | Splatoon 2 [01003BC0000A0000][v0].nsz | https://drive.google.com/uc?id=1j0lsv3IECBzZ3mnL8m9nNpRWDcEHt5T3&export=download | 2.31 GB | May 6, 2022 at 10:51:02 PM |
| base | Nekodrive sync > nsz > base | Yoshi's Crafted World [01006000040C2000][v0].nsz | https://drive.google.com/uc?id=1wWPLSq9ohFYxV6dg45xEFVoCT9wFcSU1&export=download | 4.94 GB | May 6, 2022 at 11:03:34 PM |
| base | Nekodrive sync > nsz > base | Captain Toad Treasure Tracker [01009BF0072D4000][v0].nsz | https://drive.google.com/uc?id=19WdCFsKua-SD_PqpHBShvhpuxOZsk_wF&export=download | 926.68 MB | May 6, 2022 at 8:36:49 PM |
| base | Nekodrive sync > nsz > base | Donkey Kong Country Tropical Freeze [0100C1F0051B6000][v0].nsz | https://drive.google.com/uc?id=1wl37pQG8rax-Z-GJWUki7GS1Jm5rxAd0&export=download | 6.2 GB | May 6, 2022 at 8:42:20 PM |
| base | Nekodrive sync > nsz > base | ARMS [01009B500007C000][v0].nsz | https://drive.google.com/uc?id=1QRaD4wGmUEACuejI1yBKo3h-SUno77Q8&export=download | 1.74 GB | May 6, 2022 at 7:31:10 PM |
| base | Nekodrive sync > nsz > base | Luigi's Mansion 3 [0100DCA0064A6000][v0].nsz | https://drive.google.com/uc?id=1SRdN0Ldl6jlAlOg1aZRKpLbTqJH4FNyR&export=download | 5.61 GB | May 6, 2022 at 10:33:31 PM |
| base | Nekodrive sync > nsz > base | New Super Mario Bros U Deluxe [0100EA80032EA000][v0].nsz | https://drive.google.com/uc?id=1AkL3WZ41KuxMJa_TTENsTp-ETAfV22aw&export=download | 1.38 GB | May 6, 2022 at 10:37:56 PM |