The Honorable Lauren King

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NINTENDO OF AMERICA INC., a Washington Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES C. WILLIAMS a/k/a ARCHBOX, an individual,<br><br>　　　　　Defendant. | CASE NO. 2:24-CV-00960-LK<br><br>**CERTIFICATE OF SERVICE RE: MOTION FOR ENTRY OF DEFAULT JUDGMENT** |

CERTIFICATE OF SERVICE
Case No.2:24-CV-00960-LK

i

LOWE GRAHAM JONES ₚₗₗc
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301

# CERTIFICATE OF SERVICE

I am employed in the County of Los Angeles, State of California, I am over the age of eighteen years and am not a party to this action; my business address is Mitchell Silberberg & Knupp LLP, 2049 Century Park East, 18th Floor, Los Angeles, CA 90067-3120, and my business email address is eam@msk.com.

On October 3, 2025, I served a copy of document(s) described as

**ENTRY OF DEFAULT** (Dkt. 18)

**MOTION OF NINTENDO OF AMERICA INC. FOR ENTRY OF DEFAULT JUDGMENT BY THE COURT** (Dkt. 25)

**[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION** (Dkt. 25-1)

**DECLARATION OF JAMES D. BERKLEY IN SUPPORT OF MOTION OF NINTENDO OF AMERICA INC. FOR ENTRY OF DEFAULT JUDGMENT** (Dkt. 26)

**DECLARATION OF NINTENDO OF AMERICA INC. IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT** (Dkt. 27)

on the interested parties in this action at their last known address as set forth below by taking the action described below:

> James C. Williams
> 17557 W. Villa Chula Lane
> Surprise, AZ 85387
> james.williams.az@gmail.com
> j.ames.c.williams.us@gmail.com
> *Defendant*

☑ **BY PLACING FOR COLLECTION AND MAILING**: I placed the above-mentioned document(s) in sealed envelope(s) addressed as set forth above, and placed the envelope(s) for collection and mailing following ordinary business practices. I am readily familiar with the firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at 2049 Century Park East, 18th Floor, Los Angeles, California 90067-3120 in the ordinary course of business.

☑ **BY ELECTRONIC MAIL**: I served the above-mentioned document electronically on the parties listed at the email addresses above and, to the best of my knowledge, the transmission was complete and without error in that I did not receive an electronic notification to the contrary.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 3, 2025, at Los Angeles, California.

Eric Martinez

**CERTIFICATE OF SERVICE**
Case No.2:24-CV-00960-LK

1

LOWE GRAHAM JONES PLLC
1325 Fourth Avenue, Ste. 1130
Seattle, Washington 98101
206.381.3300 • F: 206.381.3301