# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NINTENDO OF AMERICA INC.,

Plaintiff,

v.

JAMES C. WILLIAMS,

Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER 2:24-cv-00960-LK

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT default judgment is hereby ENTERED against Defendant James C. Williams pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment and Permanent Injunction, Dkt. No. 29, entered on September 23, 2026. It is further ordered that Plaintiff Nintendo of America is awarded:

1. $4,500,000 in statutory damages for copyright infringement pursuant to 17 U.S.C. § 504(c)(2);

2. A permanent injunction barring Defendant Williams and all persons acting under his direction or control (including but not limited to his agents, subsidiaries, representatives and employees) from:

(a) continuing to make available to others any online "shops" that he operates or otherwise controls which have offered to the public pirated Nintendo Switch games for download;

(b) taking any steps on Williams' own behalf or assisting others in distributing, advertising, marketing, selling, reselling, uploading, downloading, offering for sale, or otherwise disseminating any software whose use circumvents technological measures that control access to Nintendo's games or consoles (the "Circumvention Software"), any other circumvention technology that violates the Nintendo Switch End User License Agreement or the Nintendo Account User Agreement (collectively, the "EULAs"), or any other software product or service

designed to circumvent technological measures that control access to Nintendo's games or consoles;

(c) taking any steps on Williams' own behalf or assisting others in distributing, advertising, marketing, selling, reselling, uploading, downloading, offering for sale, or otherwise disseminating unauthorized copies of Nintendo video games, including but not limited to Nintendo Switch games and the 30 copyrighted Nintendo games listed in footnote 3 above; and

(d) engaging in any further conduct that induces or encourages members of the public to download or obtain the Circumvention Software, download or copy any Nintendo video games, or otherwise breach the EULAs.

To effectuate this injunction, Williams shall immediately disable access to all online "shops" that he operates or otherwise controls which have offered to the public extensive libraries of pirated Nintendo Switch games for download and any social media accounts (including without limitation any Instagram, X, Reddit, and TikTok accounts), communications platforms (including without limitation any Discord servers or Telegram accounts), e-commerce websites, and any other platforms or vehicles used by Williams to distribute (i) infringing copies of Nintendo Switch games, (ii) the Circumvention Software, or (iii) any other circumvention technology.

Dated September 23, 2026.

Joshua C. Lewis
Clerk of Court

*/s/Natalie Wood*
Deputy Clerk